IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Kevin Wayne McDaniels, #254398, | ) | C.A. No.: 1:12-6-TLW-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Matthew Zagula; RT Lowry, MD; | ) | |
| A. Bryant, PA; Neil Stephens, RN; | ) | |
| J. Vazquez, MD; Edgar Morales; | ) | |
| Walter Dobushak; Mr. Crawford, MD; | ) | |
| Irwin Fish, MD; Dr. Massa, MD; | ) | |
| Dr. Loranth, MD; Mrs. Brown, PA; | ) | |
| being sued in their individual and official | ) | |
| capacities, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Shiva V. Hodges, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In her Report, Magistrate Judge Hodges recommends that Plaintiff's motion for an emergency injunction (Doc. # 11) and motion to order the BOP to provide him surgery (Doc. # 53) be denied. The Report was filed on July 3, 2012. Plaintiff filed objections to the Report on July 11, 2012. (Doc. # 78). Defendants' filed a response to Plaintiff's objections on July 25, 2012. (Doc. # 86).

In conducting this review, the Court applies the following standard:

> The magistrate judge makes only a recommendation to the Court, to which any party may file written objections. . . . The Court is not bound by the recommendation of the magistrate judge but, instead, retains responsibility for the final determination. The Court is required to make a de novo determination of those portions of the report or specified findings or recommendation as to which an objection is made. However, the Court is not required to review, under a de novo or any other standard, the factual

1

or legal conclusions of the magistrate judge as to those portions of the Report and Recommendation to which no objections are addressed. While the level of scrutiny entailed by the Court's review of the Report thus depends on whether or not objections have been filed, in either case, the Court is free, after review, to accept, reject, or modify any of the magistrate judge's findings or recommendations.

Wallace v. Housing Auth. of the City of Columbia, 791 F.Supp. 137, 138 (D.S.C. 1992) (citations omitted).

In light of this standard, the Court has reviewed, de novo, the Report and the objections thereto. The Court accepts the Report.

**THEREFORE, IT IS HEREBY ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 60); Plaintiff's objections are **OVERRULED** (Doc. # 78); and Plaintiff's motion for an emergency injunction (Doc. # 11) and motion to order the BOP to provide him surgery (Doc. # 53) are **DENIED**.

**IT IS SO ORDERED.**

s/ Terry L. Wooten
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**

August 21, 2012
Florence, South Carolina